Northern District Of Ohio
Frank T. Bow Federal Building
201 Cleveland Ave SW
Canton, OH 44702

**In re:**
   Russell Alan Burkepile
   Tracy Lynn Burkepile

   dba Burk's Books−

**Case No.:** 09−62166−rk

**Chapter:** 7

**Address:**
   408 N Market St
   Loudonville, OH 44842

**Last four digits of Social Security No.:**
   xxx−xx−5835
   xxx−xx−6708

### DISCHARGE OF DEBTOR
### IN A CHAPTER 7 CASE

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** September 30, 2009
Form ohnb234

/s/ Russ Kendig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: dhaid                Page 1 of 2              Date Rcvd: Sep 30, 2009
Case: 09-62166                Form ID: 234a              Total Noticed: 39
```

The following entities were noticed by first class mail on Oct 02, 2009.
```
db/db        +Russell Alan Burkepile,   Tracy Lynn Burkepile,    408 N Market St,    Loudonville, OH 44842-1221
tr           +Anthony J. DeGirolamo, Trustee - Canton,    Canton,    Courtyard Centre, Suite 307,
               116 Cleveland Ave., N.W.,    Canton, OH 44702-1744
cr           +Arbitronix, Inc.,    5420 W. Sahara, #102,    Las Vegas, NV 89146-0389
18494075      Akron Children Physicians,    c/o Team,    P.O. Box 1643,    Stow, Ohio 44224-0643
18565524     +Arbitronix, Inc.,    aka (sic)Arbitrvnix, Inc.,    5420 W. Sahara, #102,    Las Vegas, NV 89146-0389
18548509      Arbitrvnix,    5420 W Serria Ave.,    #102,    Las Vegas, NV 89146-0389
18494076     +Arbitrvnix,    5420 W. Sahara Ave.,    Suite 102,    Las Vegas, NV 89146-0389
18494077     +Aspire,    P.O. Box 105555,    Atlanta, GA 30348-5555
18494079    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
              (address filed with court: Cach LLC,    370 17th St. Suite 5080,    Denver, CO 80202)
18494082     +Chase,    P.O. Box 901008,    Fort Worth , TX 76101-2008
18494083     +Cincinnati Children's Hospital,    P.O. Box 5213,    Cincinnati, Ohio 45201-5213
18494084      Citi Bank,    12234 N. IA 35 SB Building B,    Austin, TX   78753
18494085     +Citi Financial,    P.O. Box 499,    Hanover, MD 21076-0499
18494086     +ERS,    P.O. Box 1327,    Mansfield, Ohio 44901-1327
18494089     +Huntington,    7450 Huntington Park Dr,    Columbus, Ohio 43235-5617
18559788     +Huntington Bank,    P.O. Box 182519,    Columbus, Ohio 43218-2519
18540437     +Huntington Bank,    PO Box 182519,    Columbus, OH 43218-2519
18494090     +Javitch, Block & Rothbone,    1300 E. Ninth St.,    Cleveland, OH 44114-1501
18494092     +LVNV Funding,    11811 N. Freeway Suite 900,    Houston, TX 77060-3292
18494093     +Mansfield Ambulance,    369 Marion Ave,    Mansfield, Ohio 44903-2064
18494094     +National City,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
18494096    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541)
18494097     +Sallie Mae,    1002 Arthur Dr,    Lynn Haven , FL 32444-1683
18494098     +Samaritan Regional Health System,    1025 Center St.,    Ashland, OH 44805-4097
18494099      Sears,    P.O. Box 6789,    Sioux Falls, SD 57117
18563192      Sears,    c/o LVNV Funding,    11811 Freeway, Ste. 900,    Houston, TX   77060
18494100     +Student Assistance Foundation,    2500 E. Broadway St,    Helena, MT 59601-4901
18494104     +Weltman, Weinburg & Reis,    175 S. Third St., Suite 900,    Columbus, OH 43215-5177
```

The following entities were noticed by electronic transmission on Sep 30, 2009.
```
tr           +EDI: FAJDEGIROLAMO.COM Sep 30 2009 17:43:00      Anthony J. DeGirolamo, Trustee - Canton,    Canton,
               Courtyard Centre, Suite 307,    116 Cleveland Ave., N.W.,    Canton, OH 44702-1744
cr            EDI: WFFC.COM Sep 30 2009 17:44:00      WELLS FARGO FINANCIAL OHIO, INC.,    2ND FLOOR,
               13675 TECHNOLOGY DRIVE, BLDG C,    EDEN PRAIRIE, MN 55344-2252
18494078     +EDI: HFC.COM Sep 30 2009 17:43:00      Beneficial,    P.O. Box 1547,    Chesapeake, VA 23327-1547
18494080     +EDI: CAPITALONE.COM Sep 30 2009 17:43:00      Capital One,    P.O. Box 30281,
               Salt Lake City , UT 84130-0281
18494081     +EDI: CHASE.COM Sep 30 2009 17:43:00      Chase,    800 Brooksedge Blvd,
               Westerville, Ohio 43081-2822
18494087     +EDI: HFC.COM Sep 30 2009 17:43:00      HSBC,    P.O. Box 15524,    Wilmington, DE 19850-5524
18494088     +EDI: HFC.COM Sep 30 2009 17:43:00      HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
18494091     +EDI: CBSKOHLS.COM Sep 30 2009 17:44:00      Kohl's,    N 56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-5660
18494095     +EDI: RMSC.COM Sep 30 2009 17:43:00      Old Navy,    P.O. Box 981400,    El Paso, TX 79998-1400
18494101     +EDI: WFNNB.COM Sep 30 2009 17:43:00      Victoria Secret,    4590 E. Broad St,
               Columbus, Ohio 43213-1301
18494103     +EDI: WFFC.COM Sep 30 2009 17:44:00      Wells Fargo,    2501 Seaport Dr,    Suite BH30,
               Chester, PA 19013-2249
18494102     +EDI: WFFC.COM Sep 30 2009 17:44:00      Wells Fargo,    3201 N. 4th Ave,
               Sioux Falls, SD 57104-0700
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**                    **Signature:**      /s/ Joseph Speetjens